UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIUS BLACK, | : | CIVIL ACTION NO. 3:CV-15-1561 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| WARDEN - ALLENWOOD, Respondent | : | |

### ORDER

**AND NOW, THIS 22nd DAY OF APRIL, 2016**, for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1, petition) is **DISMISSED** for lack of jurisdiction.

2. Petitioner's motion for summary judgment (Doc. 8) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**